IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>GUY MENARD CHARLES | CRIMINAL ACTION<br><br>NO. 19-63 |
|---|---|

### ORDER RE: DEFENDANT'S MOTION TO SUPPRESS

**AND NOW**, this 26th day of January, 2022, after careful consideration of Defendant Guy Menard Charles's Motion to Suppress (ECF 78) and the Government's Response (ECF 86), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Criminal Cases\19-63 USA v. Charles\19cr63 Order re Motion to Suppress.docx

1