# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GUY MENARD CHARLES** | **CRIMINAL ACTION**<br><br>**NO. 19-63** |

## ORDER

**AND NOW** this 10th day of November, 2022, for the reasons set forth in the foregoing Memorandum, Defendant's Motion for Judgment of Acquittal or, in the alternative, for a New Trial are **DENIED**.

**BY THIS COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CRIMINAL DEPUTY (Lori)\MEMOS\19-63 order denying per memorandum.docx